UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY ROYCE KEY,

        Plaintiff,

v.

CITY OF DETROIT et al.,

        Defendants.
_____/

Case No. 2:24-cv-10458

Honorable Susan K. DeClercq
United States District Judge

Honorable David R. Grand
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 37), AND GRANTING DEFENDANTS' MOTIONS TO DISMISS (ECF Nos. 15; 20)**

On February 24, 2025, Magistrate Judge David R. Grand issued a report, ECF No. 37, recommending that this Court grant the motions to dismiss filed by Defendant City of Detroit, ECF No. 15, and by Defendant Wayne County Treasurer, ECF No. 20. Judge Grand provided 14 days to object, but the Parties did not do so. They have therefore forfeited their right to appeal Judge Grand's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, having reviewed the report and recommendation, this Court finds no clear error, and so it will be adopted in full.

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 37, is **ADOPTED**.

Further, it is **ORDERED** that Defendant City of Detroit's Motion to Dismiss, ECF No. 15, and Defendant Wayne County Treasurer's Motion to Dismiss, ECF No. 20, are **GRANTED**. Plaintiff's Complaint, ECF No. 1, is therefore **DISMISSED**.

**This is a final order and closes the above-captioned case**.

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated:  March 18, 2025